**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIFFANY J. ELMGREN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | NO. ED CV 09-277-E<br><br><br><br>**JUDGMENT** |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

　　　　DATED: September 30, 2009.

　　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　CHARLES F. EICK
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE